ACCEPTED
04-14-00542-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/29/2015 5:02:18 PM
KEITH HOTTLE
CLERK

## CASE NO. 04-14-00542-CV

IN THE COURT OF APPEALS
FOR THE FOURTH JUDICIAL
CIRCUIT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/29/2015 5:02:18 PM
KEITH E. HOTTLE
Clerk

CITY OF LEON VALLEY, TEXAS, UNKNOWN
EMPLOYEE(S) OF CITYOF LEON VALLEY and
IRENE BALDRIDGE, Individually
Appellants

v.

WM. RANCHER ESTATES JOINT VENTURE,
RAFAEL ALFARO, JOSE ALFARO, CARMAN ALFARO, DANIEL
BEE, ROBERT CALDWELL, ANNE CALDWELL,
DEFERNCE SERVICE BUSINESS, INC., EARL DODERER, SYLVIA
DODERER, JAMES DOWDY, BETTY DOWDY,
ISSAC ELIZONDO, SUZANNE ELINZONDO, ROBERTO GALINDO,
ERMA GALINDO, SHIRL JACKSON, ANNE
JACKSON, AND RICARDO A. PADILLA
Appellees

---

## APPELLEES' THIRD MOTION TO EXTEND TIME TO FILE APPELLEES' BRIEF BASED UPON EXTRAORDINARY CIRCUMSTANCES

---

**O. RENE DIAZ**
**(SBN: 05804775)**

DIAZ JAKOB, LLC
The Historic Milam Building
115 E. Travis St, Suite 333
San Antonio, TX 78205
Tel. (210) 226-4500
Fax (210) 226-4502
E-mail/E-Service: ORD@diazjakob.com

COUNSEL FOR APPELLEES

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COME the APPELLEES, WM. RANCHER ESTATES JOINT VENTURE, RAFAEL ALFARO, JOSE ALFARO, CARMAN ALFARO, DANIEL BEE, ROBERT CALDWELL, ANNE CALDWELL, DEFERENCE SERVICE BUSINESS, INC., EARL DODERER, SYLVIA DODERER, JAMES DOWDY, BETTY DOWDY, ISSAC ELIZONDO, SUZANNE ELINZONDO, ROBERTO GALINDO, ERMA GALINDO, SHIRL JACKSON, ANNE JACKSON, AND RICARDO A. PADILLA, (jointly referred to as "Appellees") and pursuant to Texas Rules of Appellate Procedure 10 file this Third Motion to Extend Time to File Appellees' Brief Based Upon Extraordinary Circumstances and would show the Court as follows:

1.     This is the third motion to extend time filed by the Appellees, and but for the extraordinary circumstances of a serious case of influenza suffered by Appellees' counsel during the week of January 19 through January 26, 2015, Appellees would not be seeking additional time to submit their brief.     Pursuant to the Court's order granting the prior extension, this Motion is supported by "written documentation of the extraordinary circumstances" which constitute the good cause for the Motion.   The written documentation is submitted in two forms:  First, "EXHIBIT A,"  in the form of Appellees' counsel's own medical records, documenting the office visit for diagnosis and treatment of "ILI" (i.e., influenza like illness), accompanied by an "Influenza School/Work Certificate" signed by Appellees' counsel's attending physician, Dr. James Murray, M.D., whose authenticity has been verified by counsel; and Second, additional written documentation in the form of a local news article, discussing the unforeseeability and severity of the influenza epidemic which the

community of San Antonio has suffered during January 2015, at or about the same time in which Appellees' counsel was treated for the illness.

2.    Previously, the Court of Appeals graciously granted a second extension of time which set the current deadline for Appellees' brief on January 29, 2015, which was very much appreciated. While the prior motion was based mainly upon a serious health event (i.e., a fall and a head injury, and hospitalization) suffered by the undersigned counsel's elderly mother, by contrast, this motion for extension of time is based mainly upon the undersigned counsel's own serious illness (i.e., influenza) suffered during the week of January 19 through January 26, 2015, which set back the preparation and completion of the Appellees' brief by a period of about 10 working days or about fourteen calendar days.

3.    The first two extensions sought by Appellees' counsel were supported by good cause and were not opposed by Appellant's counsel, and understandably, Appellants' counsel was not able to agree to this third request for an extension of time. Please see the ___Certificate of Conference___ set forth below in Paragraph No. 11 below regarding the undersigned counsel's effort to reach an agreement on the motion.

4.    **The Serious and Unforeseeable Illness of Counsel for the Appellee – with Written Documentation**: O. Rene Diaz, counsel for the Appellees, was stricken with influenza during the week of January 19 through 26, 2015. Cognizant of the Court's mandate for "written documentation" of the extraordinary circumstances, counsel obtained copies of his own medical records and a note signed by his attending physician, Dr. James Murray, M.D. The copy of counsel's medical chart and the note signed by Dr. J. Murray, dated January 28, 2015, which document the diagnosis and treatment for counsel's case of influenza (Diagnosis No. 1

— "ILI" = Influenza Like Illness) is attached hereto and incorporated by reference as **"EXHIBIT A."** The authenticity of the documents has been verified by the undersigned counsel. Counsel's diagnosis and treatment for influenza during the week of January 19 through 26, 2015, coincided with an epidemic of influenza cases reported citywide in San Antonio, Texas. Please see the attached **"EXHIBIT B"**; according to the San Antonio Express-News (www.mysanantonio.com), during this same period of time, hospitals in San Antonio experienced a 34 percent increase in cases of patients with flu-like symptoms, which correlates with the upward trend of influenza cases in Texas and nationwide reported by the Centers for Disease Control and Prevention.[1] Consequently, Appellees' counsel was prevented for over a week from working on the Appellees' Brief, and although counsel has been diligently attempting to complete the Appellees' Brief since returning to work on or about January 27, 2015, and a substantial amount of the research and some of the writing of the brief has been accomplished, the Appellees' Brief is still a work in progress. It became evident yesterday that the brief could not be completed within the present time frame by January 29, 2015, and due to the extraordinary and unforeseeable circumstances of a severe bout of influenza that afflicted not only Appellees' counsel (See, **"EXHIBIT A"**), but also the entire San Antonio Metropolitan area (See, **"EXHIBIT B"**), additional time is needed to complete the Appellees' Response to the Appellants' Brief.

5.     But for the unforeseeable and serious bout with influenza, the Appellees' Brief would have been completed by the current deadline; however, Appellees' counsel estimates that due to the case of influenza, he was unable to work on the brief effectively for a period of

---

[1] San Antonio Express-News, http://www.mysanantonio.com/news/local/article/SA-Metro-Health-reports-34-percent-increase-in-5995112.php , original story January 6, 2015, updated on January 21, 2015.

approximately ten (10) days, and because the motion for extension of time sometimes take approximately 3 to 4 days to be filed and processed, Appellees' counsel is requesting an additional two weeks, until February 12, 2015, to submit the Appellees' Brief. No additional extensions are anticipated and will not be requested.

6. **The Complexity of the Issues in this Appeal**: Additionally, as the Court is well aware, the issues in this appeal are complex. There are five (5) separate points of error; the Clerk's record consists of approximately 2,350 pages of pleadings and evidence; the Reporter's Record is approximately 99 pages. Appellants Brief has cited approximately forty-seven (47) cases, and twenty-one (21) statutory or constitutional provisions, all of which must be reviewed, analyzed and responded to in order to complete Appellees' brief. This case was officially designated as complex by the Bexar County District Courts shortly after it was filed. The case involves twenty-one (21) different parties, and involves land whose purported value was approximately $1.95 Million Dollars. The complexity for the trial court is suggestive of the complexity of the issues on appeal. The issues in this appeal are not only numerous, but they are also legally and factually complex, dealing not only with jurisdictional issues such as sovereign immunity, absolute immunity, and legislative immunity, but also with an overlap of statutory and common law causes of action under the Texas Open Meetings Act (TOMA) (with five [5] different statutory violations of TOMA alleged), the Local Government Code, the Texas Water Code, the Health & Safety Code, the Natural Resources Code, the Declaratory Judgment Act, the Texas Constitution.

7. The interrelationship of these seven (7) statutory issues combined with the overlap of nine (9) different common law tort actions, such as tortious interference with existing and

prospective business relationships, and conspiracy involve not only the City of Leon Valley, Texas, but also a former City Council Member (Irene Baldridge), with issues such as conflict of interest, failure to disclose and participation in executive meetings, all of which were prohibited by statute. The Appellees contend Baldridge's role in this case as a governmental employee is severable from her role as a private individual. Appellees also assert Baldridge is liable not only in her capacity as a former governmental official (for intentional violations of the Local Government Code and the Texas Open Meetings Act), but that Baldridge is also liable in her non-governmental capacity as a Realtor, as a private business owner, as a representative of the Estate of her late husband, Alie Baldridge, (who was her real estate broker), and as a co-conspirator in committing at least three (3) different torts, in combination with over seven (7) other defendants, who are not governmental entities and who have no immunity whatsoever. Procedurally the case is also complex because of the trial court's severance of the Plea to the Jurisdiction from the Motions for Summary Judgment issues, each of which have differing standards of review. Due to the complexity of the legal, factual and procedural issues, the Appellees need additional time in which to complete their Appellees' Brief. The additional time will allow for a more thorough and complete brief, and will assist the Court in determining the true merits of this appeal.

8.      Appellees need this additional time to file their brief to allow adequate time for a proper and complete brief due to a combination of all of the grounds alleged and set forth above in this motion, both the unforeseeable and extraordinary circumstances of an influenza epidemic that recently hit the City of San Antonio, including Appellees' counsel as well as the complexity of the brief. The firm of Diaz Jakob, LLC, is not a large firm, it is essentially just

two attorneys, Mr. Diaz and Mr. Jakob, (with three associated attorneys, who are of counsel and primarily independent), and although Mr. Diaz has been assisted by some counsel during the illness, due the massive nature and complexity of this case, the Mr. Diaz as lead counsel must alone finalize the writing and compilation of the Appellees brief because it would unduly delay the case even more if other counsel had to bring themselves up to date on the approximately 2000 pages of evidence and the interrelationship of the approximately 50 legal authorities and 20 statutory provisions which impact this case. Allowing this extension of time is the most economical and efficient use of the limited time and resources for Appellees' counsel, and will not create any undue hardship on the Appellants.

9. This motion is not made for the purposes of delay only but so that justice may be done.

10. The facts recited in this motion are within the personal knowledge of the undersigned counsel and counsel has verified the authenticity of the documents or exhibits attached and facts represented therein.

## CERTIFICATE OF CONFERENCE

11. Appellees counsel conferred with Appellants Counsel by telephone on January 28, 2015, and Appellant's counsel, Clarissa M. Rodriguez, who indicated Appellants could not agree to the Appellees motion. This is the first request for an extension of time that has not been agreed to by opposing counsel.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Appellees request the Court extend

the time to file their brief to February 12, 2015, based upon the verified, written documentation of extraordinary circumstances submitted herewith and Appellees also pray for general equitable relief.

Respectfully Submitted,

DIAZ JAKOB, LLC
The Historic Milam Building
115 E. Travis St, Suite 333
San Antonio, TX 78205
Tel. (210) 226-4500
Fax (210) 226-4502
E-service/E-Mail: ORD@diazjakob.com

By: _____
O. RENE DIAZ
State Bar No. 05804775
Attorney for Appellees

## VERIFICATION

On this day appeared, O. RENE DIAZ, an individual whose identity is known to the undersigned notary public or was duly verified and confirmed, and he stated as follows:

1. "I am the Attorney for the Appellees, in the Appellate **CASE NO. 04-14-00542-CV, now pending before the IN THE COURT OF APPEALS FOR THE FOURTH JUDICIAL CIRCUIT SAN ANTONIO, TEXAS, which is styled City of Leon Valley, Texas, et al. vs. William Rancher Estates, J.V. et al.**

2. "I have read the foregoing motion and I have personal knowledge of the truth and the authenticity of the facts and documents contained in 'Exhibit A,' and 'Exhibit B' which are attached hereto. The facts contained within the exhibit are within my personal knowledge and are true and correct.

Further Affiant Sayeth Not.

_____
O. RENE DIAZ, Affiant

---

SWORN TO AND SUBSCRIBED before me the undersigned Notary Public on this the ___29th___ day of January, 2015.

seal


JOAQUIN ALBERTO TORANZO, JR.
Notary Public, State of Texas
My Commission Expires
June 17, 2018

Notary Public,
For the State of Texas

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served in accordance with the Texas Rules of Appellate Procedure on January 29, 2015 to the following:

Patrick Bernal
Clarissa M. Rodriguez
DENTON NAVARRO ROCHA BERNAL HYDE & ZECH. P.C.
A Professional Corporation
2517 N. Main Avenue
San Antonio. Texas 78212
210/227-3243 phone
210/225-4481 Facsimile
Email: patrick.bernal@rampage-sa.com
Email: clarissa.rodriguez@rampage-sa.com
COUNSEL FOR APPELLANTS

Darby Riley
Riley & Riley, Attorneys at Law
320 Lexington Avenue
San Antonio. Texas 78215
*Attorneys for Irene Baldridge*

O. RENE DIAZ

# EXHIBIT A

Written Documentation of Extraordinary
Circumstances: Appellees' Counsel's
Treatment for Influenza on January 21, 2015



**Diaz Jakob**
ATTORNEYS    AT LAW LLC

THE HISTORIC MILAM BUILDING
115 East Travis Street, Suite 333
San Antonio, Texas 78205
PHONE: 210-226-4500
FAX: 210-226-4502

# Diaz , Oscar

 **Texas MedClinic**

BR2381081

| AGE | SEX | M-STAT | DOB | SSN | CHK-IN | PREV VIS | DOS | RM# |
|-----|-----|--------|-----|-----|--------|----------|-----|-----|
| 52 | M | M | 1/19/1963 | XXX-XX-3792 | 9:41 am | 12/27/2014 | 1/21/2015 | P2 |

| GUARANTOR | TYPE | CARRIER | Time |
|-----------|------|---------|------|
| Diaz , Oscar | HMO PPO | Humana Claims Office | Tech Initial |

| | |
|---|---|
| Chief Complaint | fever, body aches, cough, sore throat, runny nose, congestion |
| Med Allergies | Penicillin |
| Medications | zyrtec, advil, robitussin, nyquil, Lorsartan HCTZ( not today) , Acetaminophen/Mucinex DM |
| Problem List | High Blood Pressure |

*flu shot*

| LAST TETANUS 2007 | PREG? NA | FOLMP NA | OOI | APPT | APPT DR |
|---|---|---|---|---|---|

| TEMP °F | BP | BP Pos | PLS | RESP | PLS Ox % | HT | WT | BMI | OD | OS | OU | Correction | MA | RECORDED |
|---------|-----|--------|-----|------|----------|-----|-----|-----|-----|-----|-----|-----------|-----|----------|
| 99.9 | 150/93 | sitting | 97 | | 96 RA | | | | | | | | Sarina Rangel | 9:52 am |

## HISTORY OF PRESENT ILLNESS

Onset bodyaches last night

⊕ ST since 1/19 pm          Tmax 100⁴

⊕ cough/postnasal drip since last night

∅ V/D

ⓅⒺ Gen: alert, well app

TMs clear Ⓑ

pharynx clear

CTAⒷ

RRR, S₁ + S₂

| | NOR | ABN |
|---|-----|-----|
| WDWN | ☐ | ☐ |
| JUDG/INSIGHT | ☐ | ☐ |
| ORIENTED x 3 | ☐ | ☐ |
| MOOD/AFFECT | ☐ | ☐ |
| EYES | ☐ | ☐ |
| EARS | ☐ | ☐ |
| NOSE | ☐ | ☐ |
| MTH/THRT | ☐ | ☐ |
| NECK | ☐ | ☐ |
| LUNGS | ☐ | ☐ |
| C VASC | ☐ | ☐ |
| ABDOMEN | ☐ | ☐ |
| RECTUM | ☐ | ☐ |
| NODES | ☐ | ☐ |
| MUSCUSKEL | ☐ | ☐ |
| SKIN | ☐ | ☐ |
| NEUROLOG | ☐ | ☐ |

Charge Entry By _____

| ORDERS | RESULTS | STAFF | CODE |
|--------|---------|-------|------|

| DIAG #1 ILI | DIAG #3 | 9R202 |
|---|---|---|
| DIAG #2 | DIAG #4 | |

| | | FOLLOW UP INST |
|---|---|---|
| ☐ RTC or ED if no imprvmt | ☐ RTC in | Tylenol / Naprn |
| in ___ to ___ hrs | ___ days | Tamiflu b.d x 5 days |
| ☐ F/U w/PCP in ___ days | ☐ Rx to Pt | ILI handout, Fl/u pm |
| ☒ F/U instr given to Pt | ☒ Rx faxed | |

ⒸⓉⓏ antihist/decng

Phenergan w/nausea pm

| DOCTOR SIGNATURE | DOCTOR NAME | RECP INITIALS | TIME OUT |
|---|---|---|---|
| Diaz , Oscar | James Murray M.D. | | 10:39 |

1007 NE Loop 410  San Antonio, TX 78209-1205   Phone (210) 821-5598  Fax (210) 829-0125



## Influenza School/Work Certificate
(For use with non-occupational medical problem)

Name:     Oscar Diaz
Evaluation Date(s):     1/21/2015
Able to return to school/work on:
Restrictions for          day(s)          No Phys. Ed.          Limited Phys. Ed.          Other
Other Restrictions/Remarks:
Date:     **1/28/2015**

     May return to school/work after free of fever for 24 hours, without taking fever-reducing medication. The expected duration of this illness is 5-10 days. Tamiflu prescribed.

---

## Influenza (Flu) and Influenza Like Illness (ILI) Instructions

### Follow These Home Care Recommendations:

- Stay home for at least 24 hours after your fever is gone (when not taking aspirin, acetaminophen or ibuprofen) except to get medical care or for other necessities.
- Keep away from others as much as possible to prevent spread of the illness.
- Drink plenty of clear fluids to prevent dehydration. Water and electrolyte drinks (Gatorade or pedialyte for children) are recommended.
- Have everyone in the household wash hands often with soap and water, especially after coughing or sneezing. Alcohol-based hand cleaners are also effective where soap and water is not readily available.
- Avoid touching your eyes, nose and mouth. Germs spread this way.
- Practice courteous hygiene to avoid spreading the virus to others, such as covering your mouth when you cough or sneeze (or wear a mask) and wash your hands often.
- Take appropriate doses of acetaminophen (i.e. Tylenol) or Ibuprofen, (Advil, Motrin, Aleve) for fever, headache and muscle aches.
- Avoid aspirin in anyone younger than 18 years of age.
- Antiviral medications are recommended only for those at high risk of complications. They have little impact on the course of the illness, reducing symptoms on average of only one day.

### For children, return to the Clinic or seek care in an emergency department if the following develops:

- Fast, painful or trouble breathing. Children may "belly breath" where their abdomens are moving in and out rapidly, and/or have retractions between the ribs (as the chest expands, the space between the ribs goes inward).
- Bluish or gray skin color
- Not drinking enough fluids
- Severe or persistent vomiting
- Not waking up or not interacting normally with others
- Being so irritable that the child does not want to be held
- Flu-like symptoms improve but then return with a fever and a worse cough

**In adults, emergency warning signs that need urgent medical attention include:**

- Difficulty breathing or shortness of breath
- Pain or pressure in the chest or abdomen
- Sudden dizziness
- Confusion
- Severe or persistent vomiting
- If symptoms seem to be improving, but then worsen or return with the addition of a fever and a worse cough

**Regarding use of Tamiflu and other anti-influenza medications: Texas MedClinic follows CDC**

There are drugs your doctor may prescribe for treating seasonal influenza called "antivirals".
This flu season, antiviral drugs are being used mainly to treat people who are very sick, such as people who need to be hospitalized, and to treat sick people who are more likely to get serious flu complications.
Remember, most people who are in otherwise good health, and have no increased risk of complications, will have an illness that will last 7-14 days, with or without these medications.

**The persons at risk of complications are:**

- Children under age 2 years
- Adults over age 65
- Pregnant women
- Persons between the ages of 2 year and 65 years with underlying medical conditions such as asthma, heart disease, immune compromise disorders, including diabetes, neuromuscular disorders and neurocognitive disorders.

For more information about symptoms of Flu or ILI complications, visit www.cdc.gov/h1n1flu or 1-800-CDC-INFO

James Murray MD

Texas MedClinic Broadway
1007 NE Loop 410, San Antonio, TX 78209-1205
(210) 821-5598



IF PAYING BY CREDIT CARD, FILL OUT BELOW
CHECK CARD USING FOR PAYMENT

DISCOVER ☐   MASTERCARD ☐   VISA ☐

| CARD NUMBER | | CVV | AMOUNT |
|---|---|---|---|
| SIGNATURE | | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 01/21/15 | $0.00 | 1791929 |

| TAX ID NUMBER | SHOW AMOUNT |
|---|---|
| 742231775 | PAID HERE    $ |

ENCOUNTER INVOICE 2381081

ADDRESSEE:

Oscar Diaz
502 Country Ln
San Antonio, TX 78209-1609

REMIT TO:

**Texas MedClinic**
13722 Embassy Row
San Antonio, TX 78216-2000

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

For Billing Questions, call **210-349-5592**

| DATE | PATIENT NAME | PROVIDER | CPT4 | DIAG | DESCRIPTION OF SERVICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01/21/15 | Oscar Diaz | Murray, James | 99202 | 487.1 | Initial Office Visit Expanded Problem Focused | $131.00 |
| 01/21/15 | | | | | Payment - Credit Card | -$65.00 |

| ACCOUNT NBR | CHARGES | PAYMENTS | REFUNDS/ ADJUSTMENTS | ESTIMATED BALANCE DUE FROM INSURANCE | BALANCE DUE FROM PATIENT |
|---|---|---|---|---|---|
| 1791929 | $131.00 | -$65.00 | $0.00 | $66.00 | $0.00 |

MESSAGE:
Charges for this visit are for ancillary services provided by Texas MedClinic and professional services provided by the physician. All physicians are independent contractors and are not the employee, agent, or representative of Texas MedClinic.

| PLEASE PAY THIS AMOUNT »»»» | $0.00 |
|---|---|

**\*\* PAYMENT DUE UPON RECEIPT \* THANK YOU \*\***
**ENCOUNTER INVOICE**
Printed by tsmith2 (1145) on 1/21/2015 10:42:03 AM

# EXHIBIT B

San Antonio Express News –
MySanAntonio.com News Article:
"San Antonio Metro Health Reports 34
Percent Increase in Cases with Flu-like
Symptoms" on January 6, 2015; updated
January 21, 2015



THE HISTORIC MILAM BUILDING
115 East Travis Street, Suite 333
San Antonio, Texas 78205
PHONE: 210-226-4500
FAX: 210-226-4502

# San Antonio Metro Health reports 34 percent increase in cases with flu-like symptoms

BY TYLER WHITE : JANUARY 6, 2015 : Updated: January 21, 2015 12:13pm

## 4 Heart Attack Signs

ownahealthyheart.com

These 4 Things Happen Right Before a Heart Attack.

SAN ANTONIO — Hospitals in San Antonio are experiencing a 34 percent increase in cases of patients with flu-like symptoms,

E-mail    Print    Recommend  53    Tweet  8    :-:  5

PREVIOUSLY REPORTED ON MySA:

Another cold front is expected to roll through the region Wednesday

News

2 New York City police officers shot, wounded in the Bronx

Woman missing from San Antonio found dead in Medina County

Police seek man who robbed Macy's at Rivercenter Mall

University of Texas tops list of students with 'sugar daddies'

Recommended by



Photo By Brad Doherty / Brad Doherty / Associated Press          1 of 28

The flu — which kills tens of thousands of people a year — poses a greater danger than Ebola. Yet unlike Rudy Solelo, a vaccination coordinator in Brownsville, every year people skip the flu shot.





## If Banks Knew You Did This, They'd Freak

Before you pay your mortgage, you need to see this.

An often-overlooked way to pay off your mortgage has banks scrambling!

Read more

which correlates with the upward trend of influenza cases in Texas and nationwide reported by the Centers for Disease Control and Prevention.

The local uptick was reported during the last calendar week of 2014 and compared to the same time frame in 2013, according to San Antonio's assistant director of health Dr. Anil Mangla. He said influenza itself is not a reportable disease, but hospitalizations for flu-like symptoms are tracked by health officials.

The Texas Department of State Health Services reported influenza activity is widespread, with more than 31 percent of specimens testing positive for the disease in Texas laboratories, according to the department's influenza surveillance report for Dec. 14 through Dec. 20.

Texas is one of several U.S. states with high rates of influenza cases, pushing the country to the illness' threshold, according to the Centers for Disease Control and Prevention.

## Arrest Records: 2 Secrets

instantcheckmate.com

1) Enter Name and State. 2) Access Full Background Checks Instantly.

The Lone Star State ranked fourth on a weekly top ten list of states with flu activity, according to Walgreens' Flu Index, which is based on retail prescription data for antiviral medications used to treat the illness across locations nationwide, for the week of Dec. 29, 2014.

Mangla said one reason flu cases may be higher this season may be due to an outdated flu vaccine.

The vaccine has four different inactive strains of influenza that are injected into the body to help develop antibodies to fight off the actual flu strains. Mangla said one of those strains, H3N2, has mutated, and the vaccine is not as effective at fighting that particular strain. The vaccine typically works in 65 percent of people who receive it, but that number is a few points lower this flu season.

Regardless, Mangla recommends residents get a flu vaccine to ensure the risk of contracting the illness is lower by fighting off the other strains it treats.

One misconception of the vaccine is the shot will cause recipients to get ill, as many people will develop a slight fever and signs of fatigue, which Mangla said is a sign a person's immune system is developing resistances to the flu strains.

Carol Schliesinger, public information officer for Metro Health, said it's a common misconception the vaccine is harmful to pregnant women, who are in fact more at risk for influenza — along with senior citizens, children and those with certain health ailments —than the general public.

She said expectant mothers who receive the vaccine will actually pass on some of the immunities to their babies, who cannot receive flu vaccines until they are at least six months old.

Mangla said there have been no pediatric deaths associated with influenza reported in Bexar County, nor have there been any cases of antiviral resistance.

He said it's not too late to get the vaccine, since the illness also peaks in February.

"It's recommended that you still get it if you have not gotten one," he said. "We still have a long (flu) season ahead of us."

*twhite@mysa.com*

*Twitter: @tylerlwhite*

## Houston Rodeo Tickets

ticketsnow.com/HoustonRodeo

Houston Livestock Show & Rodeo!
Official TicketsNow.com® Site.

## Did Hubble Discover God?

y-jesus.com

New Scientific Evidence Causes Scientists
to Speak About God